**FILED**

**03/31/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

COMPLAINT FORM

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

ADONIS ROBERT RINKER          )
                              )
          v.                  )          Cause No. 1:23-cv-00566-JRS-MG
                              )
CENTURION HEALTH OF INDIANA;  )
MEDICAL ASSISTANT JACOBS, in  )
her official and individual   )
capacity                      )

A. PARTIES

1. Plantiff is a citizen of Indiana, and is located at the
   New Castle Correctional Facility; 1000 Van Nuys Rd.; P.O
   Box E; New Castle, Indiana; 47362.

2. Defendants are: Centurion Health of Indiana, and Medical
   Assistant Jacobs (in her official and individual
   capacity).  Both Defendants are located in Indiana.
   The address for Centurion Health's Regional Office is
   550 N. Meridian Street; First Floor Indianapolis;
   Indianapolis, Indiana; 46204.  The address for Medical
   Assistant Jacobs is unknown to Plantiff.  At the time
   of this complaint, and when Plantiff sustained his
   injury, Medical Assistant Jacobs was employed by
   Centurion Health, at the New Castle Correctional
   Facility.

B. STATEMENT OF CLAIM

Plantiff, Adonis Robert Rinker, is an inmate at the New Castle Correctional Facility, in New Castle, Indiana. Plantiff suffers from two hernias (one in his right testicle, and the other is in the pubic region, and both are very painful). Since the year two thousand and twenty, Plantiff has been attempting to get surgery for the hernias. Twice, Plantiff has been approved by the Indiana Department of Corrections for surgery; twice, Plantiff has gone off-site for consultations, with two different general surgeons (both of whom stated that Plantiff was in need of surgery); and twice, Plantiff has not been scheduled for said surgery, prior to the experation of the Indiana Department of Correction's approval.

It is unknown to Plantiff why Medical Assistant Jacobs has not scheduled him for surgery. However, it is the opinion of Plantiff that it is being done on purpose. The evidence of this is the fact that, for the past three years, Plantiff has filed grievances and multiple Health Care Requests, about said surgery.

It is also the opinion of Plantiff that this is being done as a cost-saving measure. For if Plantiff does not go for his surgery, GEO (the company that runs the New Castle facility) does not have to pay it's transport officers, and Centurion Health does not have to pay the surgery bill. Thus saving money.

Plantiff's hernias and pain are worsening. Just sitting in a normal position is difficult for Plantiff, due to the pain.

Plantiff also has problems using the restroom, experiences pain walking, has difficulty sleeping, standing for a period of time is painful, and Plantiff is unable to workout.  For the pain, all Plantiff has received is Tylenol, which he has had to beg Medical for said medication.

C. JURISDICTION

   Plantiff is suing for a violation of federal law under 28 U.S.C. 1331.

D. RELIEF WANTED

   The relief which Plantiff is seeking is an injunctive relief to receive the surgery he was approved for by the Indiana Department of Corrections, for both hernias.  As well as compensatory damages for the pain and suffering which Plantiff has had to endure through this ordeal, as well as now, in the amount of two hundred and fifty thousand dollars ($250,000),

E. JURY DEMAND

   Plantiff seeks to have a jury to hear his case.


Dated this 28th day of March, 2023.


#147756

New Castle Correctional Facility

P.O. Box A

New Castle, Indiana 47362

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I
Have completed a request to proceed in the district court without prepaying the fee
and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing
Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.