UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADONIS ROBERT RINKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 1:23-cv-00566-MG-JRS |
| | ) |
| CENTURION HEALTH OF INDIANA, LLC, | ) |
| SHELLEY JACOBS, CAROLYN CHILDERS, | ) |
| ALICIA COOMER, JASON CARTER, and | ) |
| EMRY MCLEAR, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter has come before the Court on the parties' Stipulation of Dismissal with Prejudice as to Plaintiff's claims with respect to Defendants Shelley Jacobs; Carolyn Childres; Emry McAlear; Dr. Jason Carter; and Alicia Coomer only. The Court, having reviewed the Stipulation and being duly advised, now GRANTS the same.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED, with prejudice, as to Defendants Shelley Jacobs; Carolyn Childres; Emry McAlear; Dr. Jason Carter; and Alicia Coomer only, each party to bear their own costs. The case remains pending against Centurion Health of Indiana.

SO ORDERED.

Date: 12/9/2025

*Mario Garcia* (signature)
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**<u>Distribution:</u>**

*All counsel of record via the Court's electronic filing system*